ARMAND DE RICHELIEU v. HUNTINGTON JACKSON and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES J. McMANUS.— Motion denied. Order signed. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE CITY OF NEW YORK v. PATRICK J. DUFFY, Impleaded with MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

KESBEC SALES COMPANY v. WILLIAM ORNER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ELIZABETH A. REILLY v. MAYER ADVERTISING Co., INC., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE CITY OF NEW YORK v. THE DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR GARFIELD HAYS v. AMERICAN DEFENSE SOCIETY, INC., and Another.— Motion for resettlement granted. Motion for leave to appeal to the Court of Appeals granted; question certified. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

RELIABLE PIECE DYE WORKS, INC., v. MYLES REALTY COMPANY and Another.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AUGUST W. DEGE v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY.— Motion for leave to appeal denied, with ten dollars costs; motion for a stay granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ESTATE PROPERTY CORPORATION v. HUDSON COAL COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES BURNHAM SQUIER v. AUGUSTUS S. HOUGHTON and Others. Impleaded with KATHERINE S. MONTGOMERY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORITZ EHRENREICH v. JOSEPH J. BERKOWITZ. SARAH EHRENREICH v. JOSEPH J. BERKOWITZ.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FREDERICK F. NEUMAN v. GEORGE W. NEWGASS.— Motion denied. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ABBY HYDE v. MAISON HORTENSE, INC., and Another. GEORGE HYDE v. MAISON HORTENSE, INC., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ABBY HYDE v. MAISON HORTENSE, INC., and Another. GEORGE HYDE v. MAISON HORTENSE, INC., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HARRIS WISHNATZKI and Others v. GREAT NORTHERN RAILWAY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.